

Entered on Docket
April 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4                    UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF NEVADA

5  IN RE:                               Chapter 13
   RAYMOND T JARVIS                     BKS-11-12276-LBR
6
                                        Hearing Date: N/A
7           Debtor                      Hearing Time: N/A

8  PRO SE DEBTOR
   Attorney for Debtor

9          EX-PARTE ORDER DISMISSING CHAPTER 13
           CASE PURSUANT TO 11 U.S.C. SECTION 521(i)
10
11      As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

   filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the
12
   forty-five (45) day period, which expired on April 04, 2011.
13
   . . .
14
   . . .
15
   . . .
16

17

18

19

20

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
8 KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: March 28, 2011
9 (CJY)